## MYRNA LaBow *v.* RONALD I. LaBow

The defendant's motion requesting that the trial court (*Hadden, J.*) be directed to file a finding in the appeal from the Superior Court in Fairfield County is denied by the court.

The defendant's motion requesting that the trial court (*Testo, J.*) be directed to file a finding in the appeals from the Superior Court in Fairfield County is denied by the court.

*Ronald I. LaBow,* pro se, in support of the motions.

Submitted June 16—decided June 23, 1978

## OLIN CORPORATION *v.* RAUL CASTELLS

The defendant's "Application for Suspension of Certain Requirements or Provisions of the Rules of the Supreme Court" is denied by the court.

*Hubert J. Santos,* in support of the motion.

*Robert K. Ciulla* and *Robert W. Allen,* in opposition.

Submitted June 20—decided June 23, 1978

## PETER R. JOHL ET AL. *v.* TOWN OF GROTON

The plaintiff's "Motion to Review the Dismissal as Moot of February 16, 1978" is dismissed by the court as moot.

The plaintiff's "Motion to Correct the Record" filed June 15, 1978, is dismissed by the court as moot.

*Peter R. Johl,* pro se, in support of the motions.